# ATTACHMENT 1

FILED/REC'D
2025 DEC -8 P 12:45

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

---

(Full name of plaintiff(s))

Nicholas J House

Keith White

vs

(Full name of defendant(s))

Lawrence Krauss

Gr8 buy Auto

Case Number:

25-cv-1008-wmc

(to be supplied by clerk of court)

---

A.  PARTIES

   1.  Plaintiff is a citizen of __Wisconsin__, and is located at
       (State)

       __112 S. Court Street Sparta Wi, 54656__
       (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant _Lawrence Krauss_
(Name)

is (if a person or private corporation) a citizen of _Wisconsin_
(State, if known)

and (if a person) resides at _N/A_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Gr8 Buy Auto 1501 W. Wisconsin St. Sparta WI. 54656_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 10/17/2025 my son Keith White rented a car online from Oscar Car rental. Oscar Car rental sent him to Gr8 buy Auto after he did everything online, he verified his liscense, paid for the rental and signed a contract all online through email. He got to Gr8 buy Auto and picked up a 2023 Chevy Malibu from a Mr. Lawrence Krauss. He had the car for a couple days went to visit

Attachment One (Complaint) – 2

Family in Chicago and came back to Wisconsin, but his primarly use for car was to get back and forth to work. On 10/22/2025 Mr. Lawrence Krauss call Keith White and told him he needed the car back and that he had it rented out for the next couple days. Keith White called Oscar Car Rental and they advised him that the car wasn't rented out and it was still available. The contract Keith White signed wasn't over till 10/23/2025 so Keith White didn't respond to Lawrence Krauss request being that he wasn't the person he rented the car from. On 10/22/2025 at 7:00pm Keith White Let Nicholas House use the car to go visit his girlfriend not knowing that Mr. Lawrence Krauss had called the police and reported the car stolen. Mr. Krauss had been tracking the car so he advised the police all the locations where the car went and lied and said he believe the car was used to trasport Drugs. The next Day when I Nicholas House woke up I was on my way back from seeing my girlfriend, I was approached by several unmarked police squad cars and was chased down like a criminal. Mr. Krauss racially profiled my son Keith White, and I paid the consequence for it I was arrested and been in Jail every since.

Attachment One (Complaint) – 3

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
      OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I wish to be Awarded 5 million dollars for my pain and suffering. Mr Lawrence Krawss Racially Profilled Keith White, lied to the police and cause Nicholas House to have great pain and suffering and defemation of charactor because they put me all on the news for driving a stolen car when the car wasn't stolen.

E.   JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
        OR

☐ Court Trial – I want a judge to hear my case

Dated this __5__ day of __December__ 20_25_.

Respectfully Submitted,

_Nicholas D H_____
Signature of Plaintiff

__202500452_____
Plaintiff's Prisoner ID Number


__3449 W. Ohio_____
__Chicago, IL  60624_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.